**Howard L. ROBINSON, Jr.,**
**Plaintiff–Appellant,**

v.

**VIRGINIA PAROLE BOARD;  Helen**
**F. Fahey, Defendants–Appellees.**

No.  10–6578.

United States Court of Appeals,
Fourth Circuit.

Submitted:  Oct. 19, 2010.

Decided:  Oct. 27, 2010.

Howard L. Robinson, Jr., Appellant Pro Se.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard Robinson, Jr., appeals the district court's order denying relief without prejudice on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Virginia Parole Bd.,* No. 2:10–cv–00140–MSD–FBS (E.D. Va. April 7, 2010). We deny all of Robinson's pending motions and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*